# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KEVIN MURRAY, )
)
                Plaintiff, )    Case No. 2:10-cv-00394-GMN-PAL
)
vs. )    **ORDER**
)
HARD ROCK HOTEL, INC., *et al.,* )
)
                Defendants. )

This matter is before the court on the parties' failure to file a Joint Pretrial Order as required by LR 26-1(e)(5). The most recent Order (Dkt. #21) granting the stipulation to extend the Discovery Plan and Scheduling Order deadlines, filed October 19, 2010, required the parties to file a Joint Pretrial Order required by LR 26-1(e)(5) no later than April 8, 2011. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a Joint Pretrial Order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., April 28, 2011**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 14th day of April, 2011.

                                                  Peggy A. Leen
                                                  United States Magistrate Judge