# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN MURRAY, | ) |
| Plaintiff, | ) Case No.: 2:10-cv-00394-GMN-PAL |
| vs. | ) |
| | ) **ORDER REGARDING CM/ECF** |
| HARD ROCK HOTEL, INC., | ) **DOCUMENT 26 FILED 04/26/11** |
| Defendant. | ) |

**THE PARTIES ARE HEREBY ORDERED** to file by May 31, 2011, either a Joint Pretrial Order as required by LR 26-1(e)(5), or a Stipulation and Order for Dismissal as contemplated by the parties in its Stipulation [EFC 26]. Failure to timely comply will result in the imposition of sanctions up to and including case dispositive sanctions.

**IT IS FURTHER ORDERED** that **NO FURTHER EXTENSIONS WILL BE GRANTED**.

DATED this 27th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge